UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVONTE DOMINIQUE SYKES,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION, et al.,<br><br>    Defendants. | Case No. 22-cv-00669-JSC<br><br>**ORDER OF TRANSFER** |

  Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. Plaintiff is located at the California Institute for Men ("CIM") in Tehachapi, California. He sues CIM and an official located there. He alleges that he will soon be released on parole to Los Angeles, where his life will be in danger. He seeks to serve his parole in another state. He also names his ex-girlfriend and her mother as Defendants, but he does not provide their location.

  When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

  Plaintiff's allegations arise out of events occurring at CIM, and the allegedly responsible

official is located there.  No location is provided for the other Defendants, who do not in any event appear to be involved in his parole placement.  CIM is in Tehachapi, California, which lies within the venue of the United States District Court for the Central District of California.  *See* 28 U.S.C. § 84.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court shall transfer this matter forthwith.  In light of this transfer, the Court defers to the Central District for ruling on the motion for leave to proceed in forma pauperis.

The Clerk shall terminate docket number 2 from this Court's docket.

**IT IS SO ORDERED.**

Dated: February 4, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2